UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Micheline N Simmons

Debtor(s)

Case No. 13-44961

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/20/2013.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 05/08/2014.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,465.39 |
| Less amount refunded to debtor | $971.37 |

**NET RECEIPTS:** $4,494.02

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $244.02 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,244.02

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A-1 PREMIUM BUDGET | Unsecured | NA | 570.00 | 570.00 | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Ctr. | Unsecured | 1,613.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 1,267.00 | NA | NA | 0.00 | 0.00 |
| AmeriLoan | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 10,876.00 | NA | NA | 0.00 | 0.00 |
| Cash In A Wink | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| Cash King Advance | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 2,249.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 7,225.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Secured | 14,275.00 | 23,624.98 | 23,624.98 | 250.00 | 0.00 |
| Dr. E. Gikas | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 8,067.05 | 8,067.05 | 0.00 | 0.00 |
| Halsted Financial Services | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| HIND GENERAL HOSPITAL LLC | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| ILLIANI FEDERAL CREDIT UNION | Unsecured | NA | 5,601.62 | 5,601.62 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 346.00 | 346.03 | 346.03 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY ADVANCE LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,505.00 | 2,480.84 | 2,480.84 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,609.39 | 1,609.39 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 924.00 | 924.42 | 924.42 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 260.00 | 260.00 | 260.00 | 0.00 | 0.00 |
| Komprehensive Primary Care | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 8,992.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Secured | 750.00 | 9,181.48 | 9,181.48 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 6,218.00 | 5,796.35 | 5,796.35 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | Unsecured | 1,575.00 | 1,392.20 | 1,392.20 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,392.00 | NA | NA | 0.00 | 0.00 |
| Modped/MOHELA | Unsecured | 43,842.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Unsecured | 114,109.00 | 173,781.50 | 173,781.50 | 0.00 | 0.00 |
| My Cash Now | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Oak Lawn Radiologists, SC | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,367.00 | 2,366.56 | 2,366.56 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 100.00 | 378.45 | 378.45 | 0.00 | 0.00 |
| Sullivan Urgent Aid | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Secured | 0.00 | 3,515.50 | 3,515.50 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 7,429.00 | 7,689.21 | 7,689.21 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 4,266.00 | NA | 3,515.50 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Secured | 185,374.41 | 224,354.39 | 227,869.89 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Secured | 7,429.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 600.00 | 395.55 | 395.55 | 0.00 | 0.00 |
| UNIVERSAL LENDERS OF ILLINOIS I? | Secured | 3,657.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL LENDERS OF ILLINOIS I? | Unsecured | 3,657.00 | 8,742.03 | 8,742.03 | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VIP Loan Shop | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| Wellsgroup Healthpartners, LLC | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| WOMAN FOR WOMAN HEALTH CAR | Unsecured | 1,170.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $227,869.89 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,515.50 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,624.98 | $250.00 | $0.00 |
| All Other Secured | $9,181.48 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$264,191.85** | **$250.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,480.84 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,480.84** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$221,945.86** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,244.02 |
| Disbursements to Creditors | $250.00 |
| **TOTAL DISBURSEMENTS** : | **$4,494.02** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/28/2014                      By: /s/ Tom Vaughn
                                                                 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**